

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GAYLE MOORE, CLARA TREMAINE AND SHEILA LOTSBERG | * |
| Plaintiffs | * |
| v. | * Case No. CCB 02-~~3986~~ 2961 |
| WYETH-AYERST LABORATORIES AND NORTHERN PHARMACY | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Plaintiffs' Motion To Shorten Time and any response thereto, it is by the Court ordered:

1. That Plaintiffs' Gayle More, Clara Tremaine, and Sheila Lotsberg's Motion To Shorten Time is hereby ~~granted;~~ _denied, following conference call 9/18/02_

2. That Defendants are hereby Ordered to file any response to Plaintiffs' Motion To Remand on or before _Sept 30, 2002_

_____
Catherine C. Blake
United States District Court for the
District of Maryland, Northern Division

4