IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GAYLE MOORE, et. al.         )
                             )
      v.                     )     Civil No. CCB-02-2961
                             )
WYETH-AYERST LABORATORIES, et. al.  )
                             )

### ORDER

For the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that:

(1) Wyeth's motion for deferral of consideration of the motion to remand and for a stay of pretrial proceedings pending transfer to MDL 1203 (docket number 12) is hereby **Granted**; and

(2) the Clerk shall send copies of this Order and the accompanying Memorandum to counsel of record.

_Nov. 12, 2002_  _____
Date                                    Catherine C. Blake
                                        United States District Judge